IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 14 2009
May 14, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ARROW FINANCIAL SERVICES LLC, ) | |
| Plaintiff, ) | No. 09C02210 |
| ) | 09cv2210 |
| ) | Judge Hibbler |
| Vs. ) | Magistrate Judge Valdez |
| ) | |
| CHRISTINE MOUSER ) | |
| Defendant. ) | |

## MOTION TO COMPEL

Defendant, Christine Mouser, moves for an order compelling Plaintiff to produce a contractual agreement between Arrow Financial Services and Christine Mouser proving that Christine Mouser owes a debt to Arrow Financial Services. Defendant requested debt validation of Plaintiff via Certified U.S. Mail on February 10, 2009, as well as several subsequent occasions verbally as well as in writing. On March 23, 2009 Plaintiff requested of Defendant sensitive personal information purportedly for the purpose of conducting a fraud investigation and has yet failed to perform debt validation pursuant to The Fair Debt Collection Practices Act. Proof of indebtedness or the lack thereof is essential to the resolution of this matter.

Dated: May 13, 2009

Christine M. Mouser
5604 Clarendon Hills Road
Clarendon Hills, IL 60514
(708) 372-0669

By: Christine M. Mouser

## CERTIFICATE OF SERVICE

The undersigned states that on May 13, 2009, she caused a copy of the foregoing **Motion to Compel** by sending it this day as follows:

### VIA CERTIFIED U.S. MAIL and ELECTRONIC FILING

Judge William J. Hibbler
District Judge
United States District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Room Number 1262
Chicago, Illinois 60604
(312) 435-5619

### VIA CERTIFIED U.S. MAIL

Jerome Edward Riley
Attorney for Plaintiff
Freedman Anselmo Lindberg & Rappe LLC
PO Box 3228
Naperville, IL 60566-7228

Dated: May 13, 2009

By: Christine M. Mouser

Christine M. Mouser
5604 Clarendon Hills Road
Clarendon Hills, IL 60514
(708) 372-0669